1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    REBECCA WALLACE,                    No.  1:19-cv-01225-DAD-BAM

12              Plaintiff,

13         v.                             ORDER GRANTING PARTIES' JOINT
                                          MOTION TO STAY
14    C R BARD INC. and BARD
      PERIPHERAL VASCULAR, INC.,          (Doc. No. 27)
15
              Defendants.
16

17         Pending before the court is the parties' joint motion to stay these proceedings while they

18    pursue settlement discussions.  (Doc. No. 27.)  Therein, the parties state that they "have been

19    engaging in serious settlement discussions" and "jointly move this Court for an order staying

20    discovery and pretrial deadlines and continuing the initial Scheduling Conference."  (*Id.* at 2.)

21         Good cause appearing, the court hereby grants the parties' joint motion to stay.

22    Accordingly, all discovery and pretrial deadlines in this action are hereby stayed, and the initial

23    scheduling conference currently set for November 6, 2019 is hereby continued to February 6,

24    2020 at 09:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.

25    IT IS SO ORDERED.

26    Dated:  **October 23, 2019**            _____

27                                           UNITED STATES DISTRICT JUDGE

28

1